

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

July 5, 1950

Hon. Henry Taylor, Jr.      Opinion No. V-1079
County Attorney
Bell County                 Re: The legality of de-
Belton, Texas                   stroying the files
                                of the County Court
                                for years prior to
Dear Sir:                       1917.

        We refer to your recent letter which reads
as follows:

        "I would like for you to answer for
me the following question, 'Can Bell Coun-
ty destroy the county court papers from the
year 1905 to 1917?'  The judgments in said
cases to be destroyed are recorded and will
not be destroyed, but lack of space for
storage necessitates the destroying of said
papers if possible to do so under the law.

        "In my opinion, said papers and re-
cords can not be destroyed unless a photo-
static copy of same is made and kept.  I
have reached my opinion partly from Article
6574b of the Texas Civil Statutes, which
provides that the commissioners court of
any county in Texas may, at its discretion
order, authorize, and provide for the du-
plication of all public records by photo-
static, photographic, etc, process, which
correctly and legibly copies and reproduces
such public records when in the judgment
of the commissioners court, a necessity
exists, for the photographic duplication
of said public records for the purpose of
recording, preserving, and protecting same,
or for the purpose of reducing space re-
quired for filing, storing, and safe keep-
ing of same.

        "I have been unable to find any law
allowing the destruction of said court

papers and records before making photo-
static copies of same."

The only authority which we have been able
to find authorizing a county to destroy the county
court papers is Article 6574b, V.C.S., which provides
in part:

"Section 1. The Commissioners Court
of any county in Texas, or the governing
body of any political subdivision of Texas,
may, at its discretion, order, authorize
and provide for the duplication of all pub-
lic records by photostatic, photographic,
miniature photographic, film microfilm or
micro-photographic process which correctly
and legibly copies and reproduces, or which
forms a medium of copying or reproducing,
such public records, when, in the judgment
of a Commissioners Court, or of the govern-
ing body of any political subdivision of
Texas, a necessity exists for the photo-
graphic duplication of said public records
for the purpose of recording, preserving
and protecting same, or for the purpose
of reducing space required for filing,
storing and safekeeping of same, or for
any similar purpose.

"Sec. 4. Said photographic duplicates
of all public records shall be placed in
conveniently accessible files and provi-
sions shall be made for preserving, safe-
keeping, using, examining, exhibiting, pro-
tecting and enlarging the same whenever
requested during regular office hours. When-
ever photographic duplicates of public re-
cords are so made, certified and placed,
the original public records may be, by or-
der of the Commissioners Court of the coun-
ty, or of the governing body of any political
subdivision of Texas, destroyed or otherwise
disposed of, provided, however, that no
original record shall be destroyed or other-
wise disposed of unless or until the time
for filing legal proceedings based on any
such record shall have elapsed, and, in no
event, shall any original public record be

destroyed or otherwise disposed of until
said public record is at least five (5)
years old; and provided further, that
notice of such proposed destruction or
disposition of original public records
shall first be given to the State Librar-
ian, and if such records are, in his opin-
ion, needed for the Texas State Library,
they shall be transferred thereto in the
manner provided in Article 5439, Revised
Civil Statutes, 1925.

"Sec. 5.  Nothing in this Act shall
authorize the destruction or disposition
of any deed record, deed of trust record,
mechanic's lien record or any minute book
of any Court or any minute book of any
political subdivision of Texas."

In view of the foregoing we are in agree-
ment with your opinion that Bell County may destroy
the County Court papers from the year 1905 to 1917
only if the provisions of Article 6574b are complied
with.

## SUMMARY

A county may destroy the County Court
papers only under the provisions of Article
6574b, Vernon's Civil Statutes, which re-
quire photographic duplications to be kept
on record.

APPROVED:                              Yours very truly,

J. C. Davis, Jr.                          PRICE DANIEL
County Affairs Division                Attorney General

Joe R. Greenhill
First Assistant
                                       By   Bruce Allen
Price Daniel                                Bruce Allen
Attorney General                            Assistant


BA:mw:db